No. 71–5749. SASKO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 71–5750. BAYS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–5752. LEWIS v. UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT. C. A. D. C. Cir. Certiorari denied.

No. 71–5754. BOYD v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 71–5756. HALL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–5757. FERGUSON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 71–5758. LANGLEY ET AL. v. TURNER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 71–5759. HIDALGO v. PURCELL ET AL. Ct. App. Ore. Certiorari denied.

No. 71–5760. YANICH v. MUMMERT, SHERIFF. C. A. 9th Cir. Certiorari denied.

No. 71–5763. OVERTON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–5764. NOEL v. UNITED STATES; and
No. 71–5774. JONES ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 450 F. 2d 1057.

No. 71–5765. CHICQUELO v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.